Alice B. Elliott, Respondent, v. Joseph A. Palma, as President of the Borough of Richmond, et al., Appellants.—

Present — Hagarty, Carswell, Adel, Taylor and Lewis, JJ.

Eva Greenberg et al., Appellants, v. Samuel Neukrug, Respondent.—

Carswell, Johnston, Adel, Taylor and Lewis, JJ., concur.

Roberto Iervolino, Appellant, v. Josephine Iervolino, Respondent, et al., Defendants.—

No opinion. Present — Close, P. J., Carswell, Johnston, Adel and Taylor, JJ.

In the Matter of the Estate of Frederick G. Bourne, Deceased. Harris Berlack, Appellant; John Morton et al., as Trustees under the Will of Frederick G. Bourne, Deceased, et al., Respondents.—

No opinion. Hagarty, Carswell, Johnston, Adel and Lewis, JJ., concur.